Norton *v*. Perrine.

---

RICHARD D. NORTON, complainant and respondent,

*v.*

WILLIAM D. PERRINE et al., defendants and appellants.

[Filed August 19th, 1903.]

*Mr. Howard W. Hayes*, for the appellants.

*Mr. Adrian S. Appelget*, for the respondent.

PER CURIAM.

In this case the order of the court of chancery overruling the demurrer is affirmed, for the same reasons assigned in the case of *Warwick* v. *Perrine*, decided at the present term. See *p.* 735 *ante.*

*For affirmance*—VAN SYCKEL, DIXON, GARRISON, FORT, HENDRICKSON, SWAYZE, BOGERT, VREDENBURGH, VROOM, GREEN—10.

*For reversal*—None.